Little Carnegie Realty Corporation, Landlord, Appellant, *v.* Delmonico Movienews Theatre, Inc., Tenant; First Run Films, Inc., Respondent, et al., Undertenants.

Submitted April 19, 1948; decided April 22, 1948.

Motion for reargument of motion to dismiss appeal denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 883.]

Little Carnegie Realty Corporation, Landlord, Appellant, *v.* Delmonico Movienews Theatre, Inc., Tenant; First Run Films, Inc., Respondent, et al., Undertenants.

Submitted April 12, 1948; decided April 22, 1948.

Motion for order clarifying decision rendered on March 18, 1948, denying respondent's motion to dismiss, denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 883.]